IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.:  14-23285-CIV-MORENO/O'SULLIVAN

TRUDY MIGHTY, as Personal Representative of the
Estate of DAVID N. ALEXIS, deceased,

           Plaintiff,

vs.

MIAMI-DADE COUNTY, a Political Subdivision of the State
of Florida; MIGUEL CARBALLOSA, in his Individual and
Official Capacity as Miami-Dade County Police Officer,

           Defendants.
_____/

**ORDER PERMITTING ENTRY OF VIDEOGRAPHER, COURT REPORTER, AND EQUIPMENT INTO COURTHOUSE FOR PURPOSES OF TAKING VIDEOTAPED <u>DEPOSITION OF DEFENDANT, OFFICER MIGUEL CARBALLOSA</u>**

By Order of this Court, Plaintiff has been permitted to take the deposition of Defendant, Officer Miguel Carballosa at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128 in Judge John J. O'Sullivan's jury room. His deposition has been noticed and a subpoena issued for Monday, November 21, 2016.

Accordingly, and pursuant to Administrative Order 2006-16 of the United States District Court for the Southern District of Florida, it is hereby ORDERED AND ADJUDGED that

Michael Noa, or another representative from U.S. Legal Support, as a videographer, is permitted entry into the courthouse on November 21, 2016 beginning at 9:30 a.m. until 5 p.m. for purposes of videotaping the deposition of Officer Carballosa.

*Estate of Alexis v. Miami-Dade County, et al.*
USDC - Southern District of Florida
Case No.: 1:14-cv-23285-CIV-MORENO/O'SULLIVAN
Page 2
_____

The representative from U.S. Legal Support is permitted to bring the following equipment into the courthouse: (1) camera bag containing Panasonic HD Video Camera and its power cables; (2) tripod; (3) a background; (4) equipment bag containing the following: 1 mixer, 4 lav microphones, 1 table microphone, 1 portable Sony DVD burner, 4 extension XLR cables, 1 audio cassette deck, 1 box of audio cassettes, 1 power strip with extension cord, and 1 extra extension cord; and (5) 1 small equipment bag containing the following: memory cards, post-it notes, and pens.

Additionally, a court reporter from U.S. Legal Support is permitted entry on November 21, 2016 from 9:30 a.m. until 5 p.m. with a laptop and equipment.

DONE AND ORDERED in Chambers in Miami, Florida, this 15th day of November, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to: Counsel of Record