UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-23285-CIV-MORENO

TRUDY MIGHTY, as Personal Representative
of the Estate of David N. Alexis, deceased,

        Plaintiff,

vs.

MIAMI-DADE COUNTY and MIGUEL
CARBALLOSA,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

THIS CAUSE came before the Court upon Magistrate Judge McAliley's Report and Recommendations **(D.E. 275, 282, and 292)**. THE COURT has considered the Report and Recommendations, the objections, the responses, the replies, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Magistrate Judge's Report and Recommendations are AFFIRMED and ADOPTED for the reasons stated in open court during the calendar call held on September 10, 2019. Accordingly, Defendant's Motion to Strike and Exclude Testimony of Plaintiff's Experts Dr. John Marraccini and Gerald Styers **(D.E. 238)**, Plaintiff's Motion to Strike Defense Rebuttal Expert Witness Alexander Jason **(D.E. 242)**, Plaintiff's Motion in Limine to Limit Defense Expert Witness Dr. Emma O. Lew's Testimony **(D.E. 243)**, and Plaintiff's Motion to Strike Defense Witness Captain Mario Knapp **(D.E. 245)** are hereby TERMINATED. Further, it is

**ADJUDGED** that Plaintiff's Motion to Strike Defense Expert Witness W. Kenneth Katsaris **(D.E. 241)** is GRANTED IN PART and DENIED IN PART for the reasons also stated in

open court during the same calendar call.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record