UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-23285-CIV-MORENO**

TRUDY MIGHTY, as Personal Representative
of the Estate of David N. Alexis, deceased,

      Plaintiff,

vs.

OFFICER MIGUEL ANGEL CARBALLOSA,

      Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on September 24, 2019, judgment is entered in favor of the Defendant Officer Miguel Angel Carballosa and against Plaintiff Trudy Mighty, as Personal Representative of the Estate of David N. Alexis.

DONE AND ORDERED in Chambers at Miami, Florida, this _25th_ of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record